# EXHIBIT A

AUG 16 2016

(0000181723)

STATE OF NEW YORK
SUPREME COURT                                          COUNTY OF ALBANY

---

CHRISTOPHER R. GERARDI and
VICKIE A. GERARDI,

                                    Plaintiffs,

-against-                                                                    SUMMONS WITH NOTICE

AMICA MUTUAL INSURANCE COMPANY                ALB CO CLRK MAY10'16PM1:17
P.O. Box 9690
Providence, RI 02940-9690,                                          Indx # 02149-16

                                    Defendant.

---

TO: The above named Defendant:

    *You are hereby Summoned* to appear in this action by serving a notice of appearance on plaintiffs within twenty days after service of this summons, exclusive of the date of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York.

Dated: May 10, 2016

Trial is desired in the County of Albany. The basis of venue designated above is that the plaintiffs' property which is insured by defendant is located in the County of Albany and defendant conducts business in the County of Albany.

NOTICE: The nature of this action is breach of contract, bad faith, unfair claim settlement practices and violation of New York State General Business Law §349 for failure of AMICA Mutual Insurance Company to pay for damages incurred by plaintiffs and to plaintiffs' premises located at 229 Beaver Dam Road, Voorheesville, New York under homeowner's policy #65013120LU as the result of a May 13, 2014 fire loss.

The relief sought is money damages in the amount of $1,100,000.00 with interest from May 13, 2014, attorney's fees plus the costs of this action.

WARNING: Upon your failure to appear, judgment may be taken against you by default for the sum of $1,100,000.00 with interest from May 13, 2014, together with attorney's fees plus the costs of this action.

Scan Date: Scan Date: 8/17/2016 10:10:41 AM

*Christopher R. Gerardi*
CHRISTOPHER R. GERARDI
CHRISTOPHER R. GERARDI and
VICKIE A. GERARDI, Pro Se
358 Head Tide Road
Whitefield, ME 04353
Ph: (207) 530-7009