UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER R. GERARDI and
VICKIE A. GERARDI,

                                  Plaintiffs,          Civ. Action No. 1:16-CV-01092

      -against-

AMICA MUTUAL INSURANCE COMPANY,

                                  Defendant.
_____

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

DATED:    Buffalo, New York
              April 24, 2017

FOR THE PLAINTIFFS:                      FOR THE DEFENDANT:

/s/ John J. Hoke                                    /s/ Roy A. Mura
_____        _____
John J. Hoke, Esq.                                Roy A. Mura, Esq.
SMITH HOKE, PLLC                             MURA & STORM, PLLC
7 Southwoods Blvd., Suite 103           930 Rand Building
Albany, New York 12211                  14 Lafayette Square
(518) 489-5600                                     Buffalo, New York 14203
jhoke@smithhoke.com                      (716) 855-2800
                                                roy.mura@muralaw.com