IT IS SO ORDERED:

_David N. Hurd_
United States District Judge

Dated: _____May 16, 2017_____
Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER R. GERARDI and
VICKIE A. GERARDI,

                              Plaintiffs,          Civ. Action No. 1:16-CV-01092

        -against-

AMICA MUTUAL INSURANCE COMPANY,

                              Defendant.

_____


## JOINT STIPULATION OF DISMISSAL


        IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, each party to bear their own costs and fees.

DATED:     Buffalo, New York
           April 24, 2017



FOR THE PLAINTIFFS:                        FOR THE DEFENDANT:


/s/ John J. Hoke                           /s/ Roy A. Mura

_____           _____
John J. Hoke, Esq.                         Roy A. Mura, Esq.
SMITH HOKE, PLLC                           MURA & STORM, PLLC
7 Southwoods Blvd., Suite 103              930 Rand Building
Albany, New York 12211                     14 Lafayette Square
(518) 489-5600                             Buffalo, New York 14203
jhoke@smithhoke.com                        (716) 855-2800
                                           roy.mura@muralaw.com

MURA&STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816